FILED
DEC 1 2006
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED DEC - 1 2006

**GRUNLEY-WALSH, LLC**
**(f/k/a Grunley-Walsh Construction JV)** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES OF AMERICA** *

**Defendant.** *

**Case No. :** 06-816 C
**Judge:**
**(Monument Lodge**
**Site Improvements Claim)**

* * * * * * * * * * * * *

**NOTICE OF DIRECTLY RELATED CASES**

Plaintiff, Grunley-Walsh, LLC, formerly known as Grunley-Walsh Construction JV, ("Grunley-Walsh"), by its counsel, Roger C. Jones, Esq., of Huddles, Jones, Sorteberg & Dachille, P.C., files this Notice of Directly Related Case in the above matter, respectfully states as follows:

1. Plaintiff, Grunley-Walsh filed a Complaint on October 19, 2006 captioned Grunley-Walsh, LLC. v. The United States of America, Case No. 1:06-cv-00721-CFL.

2. Case No. 1:06-cv-00721-CFL arises out of a contract to stabilize and preserve the Washington Monument and, more specifically, change work stemming from the Survey Lodge flood damage.

3. Plaintiff, Grunley-Walsh, filed a Complaint on October 20, 2006 captioned Grunley-Walsh, LLC v. The United States of America, Case No. 1:06-cv-00723-CFL.

4. Case No. 1:06-cv-00723-CFL arises out of a contract to stabilize and preserve the Washington Monument and, more specifically, change work involving the installation of the irrigation system.

5. The instant case arises out of work on the Washington Monument under the same contract and, more specifically, site improvement work at the rear of the Monument Lodge.

6. Assignment of the instant action consolidated with Case Nos. 1:06-cv-00721 and 1:06-cv-00723 to the same judge would conserve judicial resources and economy and promote an efficient determination of the actions.

**WHEREFORE**, Plaintiff, Grunley-Walsh, LLC, respectfully requests that Case Nos. 1:06-cv-00721-CFL, 1:06-cv-00723-CFL and the instant case be consolidated.

Respectfully submitted,

Roger C. Jones

**HUDDLES, JONES**
**SORTEBERG & DACHILLE, P.C.**
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
(301) 621-4120
(301) 621-4473 (fax)
jones@hjpc.com

Counsel for Plaintiff,
Grunley-Walsh, LLC

DATED: 12/1/2006